United States District Court
Southern District of Texas
**ENTERED**
May 08, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| ROBERT MALDONADO § | |
| § | CIVIL ACTION NO. M-16-306 |
| § | |
| VS. § | CRIMINAL ACTION NO. M-13-1712-1 |
| § | |
| UNITED STATES OF AMERICA § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING DISMISSAL

The Court has again reviewed the magistrate judge's Report and Recommendation regarding Movant Robert Maldonado's action pursuant to 28 U.S.C. § 2255, and Movant's objections thereto (Dkt. No. 37). After having reviewed the said Report and Recommendation, and after appropriate review of Movant's objections thereto, the Court is of the opinion that the conclusions in said Report and Recommendation should be again adopted by this Court.

It is, therefore, **ORDERED, ADJUDGED** and **DECREED** that the conclusions in United States Magistrate Judge Peter E. Ormsby's Report and Recommendation entered as Docket Entry No. 32 are hereby adopted by this Court.

FURTHER, the Court, having adopted the magistrate judge's conclusions, is of the opinion that the Motion to Vacate Sentence under 28 U.S.C. § 2255 should be **DISMISSED**, that Movant's Motion for Leave to File Supplemental Motion to Vacate be **DENIED** as futile, and that a certificate of appealability should be **DENIED**.

The Clerk shall send a copy of this Order to the Movant and counsel for Respondent.

SO ORDERED this 8th day of May, 2020, at McAllen, Texas.

_____
Randy Crane
United States District Judge